DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARRIEL BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-370

[May 20, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Christopher William Pole, Judge; L.T. Case Nos. 18-55468TC30A and 20-000011AC10A.

Gordon Weekes, Public Defender, and Sarah Sandler, Assistant Public Defender, Fort Lauderdale, for appellant,

Ashley Moody, Attorney General, Tallahassee, and Jessenia J. Concepcion, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***